Eugene Kim, SBN: 221753
Email: eugene.kim@streamkim.com
**STREAM KIM HICKS WRAGE & ALFARO, PC**
3403 Tenth Street, Suite 700
Riverside, CA 92501
Telephone: (951) 783-9470
Facsimile: (951) 783-9475

*Attorneys for Applicant*
*HYBE Co., Ltd.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re Ex Parte* Application of HYBE Co., Ltd.,<br><br>   Applicant. | CASE NO. 3-24-mc-80117<br><br>**DECLARATION OF GWANG SU CHOI IN SUPPORT OF APPLICANT'S *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28. U.S.C. § 1782 AUTHORIZING DISCOVERY IN AID OF A FOREIGN PROCEEDING** |

I, Gwang Su Choi, declare that:

1. I am more than 18 years of age, am competent to testify on the matters stated in this declaration, and I have personal knowledge of the matters stated herein, unless expressly stated otherwise.

2. This declaration is in support of the Applicant's *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 Authorizing Discovery for Use in a Foreign Proceeding ("**Application**").

1

DECLARATION OF GWANG SU CHOI

STREAM|KIM
ATTORNEYS AT LAW
3403 TENTH STREET,
STE 700
RIVERSIDE, CA 92501
951-783-9470

3. I am the legal counsel of HYBE Co., Ltd. ("**HYBE**" or "**Applicant**"), a multinational entertainment corporation established in February 2005 under the laws of the Republic of Korea ("**Korea**"). HYBE's principal place of business is in Seoul, Korea. At HYBE, one of my responsibilities is to deal with social media issues, including but not limited to false, defamatory or harassing statements made about the company.

4. HYBE is engaged in the entertainment business with a focus on managing and training K-pop singers, operating a record label, a talent agency, a music production company, event and concert management company, and music publishing house. HYBE's subsidiaries include BIGHIT MUSIC Co., Ltd. ("**BIGHIT MUSIC**") (formerly Big Hit Entertainment from 2005 to March 2021).

5. HYBE is a publicly traded company on the Korea Stock Exchange. Through its subsidiary BIGHIT MUSIC, HYBE employs an innovative management style that includes the wide use of social media to cultivate an audience and transform fan engagement and interest into sales, fandom energy and artist-related content. As a result, false allegations, defamatory and/or harassing statements made by anonymous individuals against HYBE, BIGHIT and/or its artists can cause damage to both those being attacked and the HYBE shareholders.

6. On April 28, 2024,[1] an unidentified person using the X (formerly Twitter) username (also known as "handle") "@guiltyarchive" (the "**X User**") published numerous posts about HYBE. Attached as **Exhibit 1** is a true and correct screenshot of the posts as of April 2, 2024. The X User's X account with username "@guiltyarchive" is active as of May 10, 2024.[2] The X User's X account has approximately 108,000 followers, and has posted as many as 4,889 posts in total as of May 10, 2024.

7. The X User's posts contain numerous false, defamatory and/or harassing statements about the Applicant. These include but are not limited to the following:

> (a) X post dated April 28, 2024 (at around 5:32 a.m.): "Hella scary story about HYBE / The name of GFriend[3] album = Walpurgis Night / Walpurgis night = day of burning witches / GFriend disbandment date May 1 / LE SSERAFIM debut May 2 / Witches were burnt (disbanded)

---

[1] All date and time references are based on Korea Standard Time (KST).
[2] https://twitter.com/guiltyarchive.
[3] Female K-pop group established by Source Music (which was acquired by HYBE). The group disbanded in 2021.

2

DECLARATION OF GWANG SU CHOI

STREAM|KIM
ATTORNEYS AT LAW
3403 TENTH STREET,
STE 700
RIVERSIDE, CA  92501
951-783-9470

and the next day sserafim (angel) debuted – there is a year gap but just for ease of understanding" [Original Korean language: "하이브 관련 존나 무서운 이야기 나옴 / 여자친구 앨범 이름 = 발푸르기스의 밤 / 발푸르기스의 밤 = 마녀를 불태우는 날 / 여자친구 해체일 5월 1일 / 르세라핌 데뷔 5월 2일 / 마녀를 태우고(해체) 다음날 세라핌(천사)가 데뷔함 – 1년 간격은 있지만 이해 편의상 말한거임"]. It appears that this post has currently been deleted; and

(b) X post dated April 28, 2024 (at around 11:46 a.m.): "I'm a reasonable person so if it was a total nonsense, I wouldn't have even posted it / [BTS] did their debut showcase in Ilchi Art Hall / 'Ilchi' in Inchi Art Hall is related to DahnWorld [4] founder" [Original Korean language: "저도 어지간한 사람이라 아예 허황된 개소리같았으면 올리지도 않았음 / 데뷔 쇼케이스도 일지아트홀에서 했는데 / 일지아트홀의 일지는 단월드 창시자의 호임"]. It appears that this post has currently been deleted.

8. The X User's posts have inflicted and continue to inflict significant reputational damage on the Applicant. To date, HYBE's efforts to locate this anonymous person(s) by searching publicly available information has not revealed the true identity of the X User.

9. On May 2, 2024, the Applicant filed a criminal complaint against the anonymous X User with the Seoul Yongsan Police Station in Seoul, Korea ("**Korean Criminal Matter**") for publishing the X posts. The Applicant is claiming defamation and crime of business interference against the X User under the laws of Korea.

10. Unless the true identity of the anonymous X User is revealed, the Applicant will not be able to pursue the Korean Criminal Matter. As a result, the Applicant intends to use the identity of the anonymous X User for the Korean Criminal Matter.

11. The anonymous X User's false, defamatory and/or harassing public statements, including but not limited to those in Exhibit 1, have caused irreparable harm to HYBE's business and shareholders. We look forward to identifying the person(s) responsible for these statements so

///
///

STREAM|KIM
ATTORNEYS AT LAW
3403 TENTH STREET,
STE 700
RIVERSIDE, CA 92501
951-783-9470

that our rights can be recognized by the Korean courts.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 14, 2024

*GWANG SU CHOI*
GWANG SU CHOI

---

[4] Meditation entity in Seoul, Korea that is also rumored to be a religious cult. There were false rumors that HYBE had ties with DahnWorld but both DahnWorld and HYBE have officially denied such rumors.

4

DECLARATION OF GWANG SU CHOI

STREAM|KIM
ATTORNEYS AT LAW
3403 TENTH STREET,
STE 700
RIVERSIDE, CA 92501
951-783-9470

*[Korean original]*

Home
Notifications
Messages
Lists
Bookmarks
Communities
Profile
More
Tweet

**Tweet**

**길티아카이브**
@guiltyarchive

하이브 관련 존나 무서운 이야기 나옴
여자친구 앨범 이름 = 발푸르기스의 밤
발푸르기스의 밤 = 마녀를 불태우는 날
여자친구 해체일 5월 1일
르세라핌 데뷔 5월 2일
마녀를 태우고(해체) 다음날 세라핌(천사)가 데뷔함
- 1년 간격은 있지만 이해편의상 말한거임

그리고 민희진 주주총회 4월 30일

Translate post

5:32 AM · Apr 28, 2024

**20K** Quote Tweets Retweets Likes

1 50K 39K 28K

**Who can reply?**
Accounts @guiltyarchive follows or mentioned can reply

**길티아카이브** @guiltyarchive · Apr 28
민희진은 왜 OMG 뮤비로 협박당한걸까요💦
왜 단월드 재단 글사대 다니는 멤버들만 삼족오 마크를 달았을까요
끼아아악

저는 해외에 있습니다 제발 살려주세요 😭😭😭

1 6.2K 5.7K

This Post includes a word you muted. View

**길티아카이브** @guiltyarchive · Apr 28
정정
쓰리소녀들😘
하지만 22에도 뭐가 있는게 무섭내요

해체는 22일이고
단월드가 22일에 단월드로 명칭 변경했음
하이브가 22에 집착하는건 하이브 소속 가수들만 봐도 알수있...

**길티아카이브** @guiltyarchive · 46분
ㅁㅊ
너무무서움
진짜 소름끼침
우연이 어케 이렇게까지 겹칠수가 있는거임?
여자친구 마지막 노래 마고 = 단월드가 모시는 신...

1 2.2K 3.1K

**길티아카이브** @guiltyarchive · Apr 28
제가 더 올리기엔 넘넘 무섭내요
인용에 증거 올린 언니들 많으니 꼭꼭 참고하기❤️

1 243 1.2K

**길티아카이브** @guiltyarchive · Apr 28
최대한 맘찍눌러봄
보이는대로 눌렀는데 아닌것도 많고 단순 확대해석일 수도 있는거라 적당히 걸러보세요
글구 맘찍에 답글도 있으면 타래까지 보세여

1 274 1.3K

**길티아카이브** @guiltyarchive · Apr 28
제보 존나왔는데 진짜 올린거 빙산의 일각이라서..;
이런게 한두개가 아님

316 1.4K

**Exhibit 1**

*[Korean original]*

Home
Notifications
Messages
Lists
Bookmarks
Communities
Profile
More
Tweet

Tweet

길티아카이브
@guiltyarchive

저도 어지간한 사람이라 아예 허황된 개소리같았으면 올리지도 않았음
데뷔 쇼케이스도 일지아트홀에서 했는데
일지아트홀의 일지는 단월드 창시자의 호임

Translate post

This Post is from an account you muted. View

11:46 AM · Apr 28, 2024

1,970 Quote Tweets Retweets Likes

1 16K 10K 2.7K

Who can reply?
Accounts @guiltyarchive follows or mentioned can reply

길티아카이브 @guiltyarchive · Apr 28
마고, 6960은 정해져있고 그걸로 노래 만든 여자친구😱

1 1.6K 1.1K

길티아카이브 @guiltyarchive · Apr 28
아 지랄쇼 존나해서 걍 지우고 다시올림
신앙촌간장은 천부교라는 사이비 간장 먹는거라 결코 단월드와 상관이 없다하고요

그 외는 아미눈아들도 반박못하는 것들임
다시 올릴게요 아휴 ㅁㅊ

1 702 648

길티아카이브 @guiltyarchive · Apr 28
자꾸 다른 연옌 끌고오는데 하..
단월드랑 직접적 연관있다고 계속 엮이는건 하이브고 거기서 단월드 재단 학교 다니는 멤버들도 있는거랑 그냥 다니는거랑 같음?

걍 사이비재단 대학같은거임
일반인도 갈 수 있지만 당사자들이 가면 의미가 다르잔아요
눈아들 이걸 왜 몰라요 ㅠㅠ

1 473 847

길티아카이브 @guiltyarchive · Apr 28
아 씨바 그리고 글 내용은 하이브와 단월드의 연관성인데 오빠들 글 하나 올렸다고 정신나간것들 우루루와서 플늘려서 초점 흘한테가네
계속 플늘리면 진짜 주제전환시킬거니까 제발 하이브이야기하세요🙏❗❗
전환할때 올릴거 많으니까 걱정은 마시고요👍

275 661

*[English translation]*

Home

Notifications

Messages

Lists

Bookmarks

Communities

Profile

More

Tweet

**Tweet**

**Guiltyarchive**
@guiltyarchive

Hella scary story about HYBE
The name of GFriend album = Walpurgis Night
Walpurgis night = day of burning witches
GFriend disbandment date May 1
LE SSERAFIM debut May 2
Witches were burnt (disbanded) and the next day sserafim (angel) debuted – there is a year gap but just for ease of understanding

Also Hee-jin Min shareholders' meeting April 30

Translate post

5:32 AM · Apr 28, 2024

**20K** Quote Tweets Retweets Likes

1 50K 39K 28K

**Who can reply?**
Accounts @guiltyarchive follows or mentioned can reply

**Guiltyarchive** @guiltyarchive · Apr 28

Why was Hee-jin Min threatened about the OMG music video 💦
Why do the members that attend DahnWorld foundation's Global Cyber Uni have the crow's feet mark
Ahhhh

I'm overseas please save me 😭😭😭

1 6.2K 5.7K

This Post includes a word you muted. **View**

**Guiltyarchive** @guiltyarchive · Apr 28

Correction
Sorry girls 😘
But it's scary there's something with 22

> Disbandment was on the 22nd
> DahnWorld changed it's name to DahnWorld on the 22nd
> You can tell HYBE is obsessed with 22 if you just look at the HYBE singers…
>
> **Guiltyarchive** @guiltyarchive · 46분
>
> Shit
> So scary
> Really creepy
> What are the odds?
> GFriend's last song MAGO = God that DahnWorld worships…

1 2.2K 3.1K

**Guiltyarchive** @guiltyarchive · Apr 28

I'm scared of posting more
A lot of people posted evidence in the reference section so please check them out ❤️

1 243 1.2K

**Guiltyarchive** @guiltyarchive · Apr 28

I clicked like as much as I could
I clicked everything that I saw but there are things that are not true and some are just over interpretation so please filter appropriately
Also if there are replies in the liked posts, please see the thread

1 274 1.3K

**Guiltyarchive** @guiltyarchive · Apr 28

There's been a shit ton of reports but what I posted is just the tip of the iceberg
There is way more

316 1.4K

**Exhibit 1**

*[English translation]*

Home
Notifications
Messages
Lists
Bookmarks
Communities
Profile
More

Tweet

← Tweet

**Guiltyarchive**
@guiltyarchive

I'm a reasonable person so if it was a total nonsense, I wouldn't have even posted it
[BTS] did their debut showcase in Ilchi Art Hall
'Ilchi' in Inchi Art Hall is related to DahnWorld founder

Translate post

This Post is from an account you muted. View

11:46 AM · Apr 28, 2024

**1,970** Quote Tweets Retweets Likes

1 16K 10K 2.7K

**Who can reply?**
Accounts @guiltyarchive follows or mentioned can reply

**Guiltyarchive** @guiltyarchive · Apr 28

MAGO, 6960 has been decided and GFriend made its song from it 😱

1 1.6K 1.1K

**Guiltyarchive** @guiltyarchive · Apr 28

Ah so much bullshit so I just deleted and uploaded again
They say Shinangchon soy sauce is soy sauce of Chunbukyo, a cult so has nothing to do with DahnWorld

Even the ARMY fans can't deny the rest
I'll upload again phew

1 702 648

**Guiltyarchive** @guiltyarchive · Apr 28

Keep talking about other celebrities sigh..
It's HYBE that supposedly has direct connections with DahnWorld and there are members there that attend the school under the DahnWorld foundation. Is that the same as just attending?

That's just like a cult foundation university
Ordinary people can also attend but it's different if they attend
Why do you guys not understand :(

1 473 847

**Guiltyarchive** @guiltyarchive · Apr 28

Ah f*ck also the post is about the relationship between HYBE and DahnWorld and just because there was one post about [BTS], the mad people are coming and adding replies and the focus is switching to the idols
If you keep adding replies I'm really going to change the subject so please talk about HYBE 🙏❗❗
I have a lot to post when I do so no need to worry 👍

275 661

**Exhibit 1**