UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re EX PARTE APPLICATION OF HYBE CO., LTD., <br><br> Applicant. | Case No.  24-mc-80175-RS <br><br> **JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-captioned case is hereby REFERRED to the Honorable Judge Vince Chhabria for consideration of whether the case is related to 3:24-mc-80117-VC.

**IT IS SO ORDERED.**

Dated: August 8, 2024

_____
RICHARD SEEBORG
Chief United States District Judge